**ORIGINAL**

1   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    REBECCA A. HULL, Bar No. 099802
2   rebecca.hull@sdma.com
    JONATHAN T. RODRIGUEZ, Bar No. 165508
3   jonathan.rodriguez@sdma.com
    One Market Plaza
4   Steuart Tower, 8th Floor
    San Francisco, California 94105
5   Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
6
    Attorneys for Defendant
7   THE EL MIRADOR, L.P.

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   MARGARET DOWLING,                    CASE NO. CV-07-02453 LEW GGH

12          Plaintiff,                    **STIPULATION AND ORDER
                                          EXTENDING TIME TO ANSWER**
13      v.                                **COMPLAINT AND FILE RULE 26(f)
                                          STATEMENT**
14   THE EL MIRADOR, L.P., and DOES
     1-10, inclusive,                     Judge: Ronald S.W. Lew
15
            Defendants.
16

17

18          On November 20, 2007, Plaintiff Margaret Dowling served her Complaint on Defendant

19   The El Mirador, L.P.  On January 10, 2008, the El Mirador retained Sedgwick, Detert, Moran &

20   Arnold to defend it in this action.  In light of the date of this retention, The El Mirador, L.P.

21   requests that the date of its answer to Plaintiff's Complaint be extended to February 1, 2008 and

22   the date the parties are to submit its Joint Status Report under Federal Rules of Civil Procedure

23   ("FRCP"), Rule 26(f) be extended to February 15, 2008.

24          IT IS HEREBY STIPULATED by and between Plaintiff Margaret Dowling and

25   Defendant The El Mirador, L.P., by and through their respective counsel, that Defendant shall

26   have fifty-three (53) days, up to and including February 1, 2008, to answer Plaintiff's Complaint

27   or until further Order of this Court.  The parties further stipulate that upon approval from this

28   / / /

                                          -1-              **CASE NO. CV-07-02453 LEW GGH**
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT AND FILE
                                RULE 26(f) STATEMENT

PDF created with pdfFactory trial version www.pdffactory.com

ORIGINAL

1  Court, the joint status report under FRCP Rule 26(f) shall be filed on or before February 15, 2008

2  or upon a date as ordered by this Court.

3

4  DATED:_____   SEDGWICK, DETERT, MORAN & ARNOLD LLP

5

6

7  By:/s/ Rebecca A. Hull
        Jonathan T. Rodriguez
        Rebecca A. Hull

8      One Market Plaza
        Steuart Tower, 8th Floor

9      San Francisco, California 94105
        Telephone: (415) 781-7900

10     Facsimile: (415) 781-2635
        Attorneys for Defendant

11     THE EL MIRADOR, L.P.

12

13  DATED:_____   THE LAW OFFICES OF PAUL L. REIN

14

15

16  By:/s/ Paul L Rein (as authorized on 1/15/08)
        Paul Rein, Bar No. 178658
        200 Lakeside Drive, Suite A

17     Oakland, CA 94612
        Telephone:  (510) 832-5001

18     Facsimile:   (510) 832-4787
        Attorneys for Plaintiff

19     MARGARET DOWLING

20

    IT IS SO ORDERED:  January 15, 2008

21

22

23              /s/ Ronald S. W. Lew
                The Honorable Ronald S.W. Lew

24

25

26

27

28

-2-                    **CASE NO. CV-07-02453 LEW GGH**
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT AND FILE
RULE 26(f) STATEMENT

PDF created with pdfFactory trial version www.pdffactory.com