UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARGARET DOWLING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ.S-07-2453 LEW GGH |
| | ) | |
| THE EL MIRADOR, LP, et al., | ) | |
| | ) | |
| Defendants. | ) | **RELATED CASE ORDER** |
| CONNIE ARNOLD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ.S-08-0067 MCE DAD |
| | ) | |
| THE EL MIRADOR, LP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

1  Examination of the above-entitled actions reveals
2 that these actions are related within the meaning of
3 Local Rule 83-123 (E.D. Cal. 2005). Accordingly, the
4 assignment of the matters to the same judge and
5 magistrate judge is likely to effect a substantial
6 savings of judicial effort and is also likely to be
7 convenient for the parties.

9  The parties should be aware that relating the cases
10 under Local Rule 83-123 merely has the result that these
11 actions are assigned to the same judge and magistrate
12 judge; no consolidation of the actions is effected.
13 Under the regular practice of this court, related cases
14 are generally assigned to the judge and magistrate judge
15 to whom the first filed action was assigned.

17  **IT IS THEREFORE ORDERED** that the action denominated
18 Civ.S-08-0067 be reassigned to Judge Ronald S.W. Lew and
19 Magistrate Judge Gregory G. Hollows for all further
20 proceedings, and any dates currently set in this
21 reassigned case <u>only</u> are hereby **VACATED**.  The parties
22 are referred to the attached Order Requiring Joint
23 Status Report.  Henceforth, the caption on documents
24 filed in the reassigned cases shall be shown as Civ.S-
25 08-0067 LEW GGH.

27  **IT IS FURTHER ORDERED** that the Clerk of the Court
28 make appropriate adjustment in the assignment of civil

cases to compensate for this reassignment.

**IT IS SO ORDERED.**

                                       /s/ Ronald S. W. Lew
                                         **RONALD S.W. LEW**
                                      Senior U.S. District Judge

DATE: January 31, 2008